# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Chantel Ducheneaux, | ) | Case No. 1:19-mj-207 |
| | ) | |
| Defendant. | ) | |

On July 2, 2019, defendant filed a "Waiver of Preliminary Hearing." The court accepts defendant's waiver, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel. Additionally, based on defendant's waiver, the court finds that there is probable cause on the face of the complaint and supporting affidavit to believe that defendant may have committed the offense charged in complaint.

**IT IS SO ORDERED.**

Dated this 2nd day of July, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court